9170008.001

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
------------------------------------------------------------X

**02-22627**
**CIV-GOLD**

MAGISTRATE JUDGE
SIMONTON

DOLE OCEAN CARGO EXPRESS, INC.,

        Plaintiff,

    -against-                 CASE NO.

TRANSTAINER CORP.,

        Defendant.

------------------------------------------------------------X

## CIVIL COMPLAINT IN ADMIRALTY

Plaintiff, DOLE OCEAN CARGO EXPRESS, INC., by its attorneys, HALLEY & HALLEY, P.A., as and for its Complaint against defendant TRANSTAINER CORP., in personam, in a cause of action civil and maritime, alleges upon information and belief:

### THE PARTIES

1. At all times hereinafter mentioned, plaintiff, a common carrier by water, was and still is a corporation qualified to do business in the state of Florida, with offices and a place of business at Jacksonville, Florida.

2. Upon information and belief and at all times hereinafter mentioned, defendant TRANSTAINER CORP. was and still is a corporation organized under the laws of Florida with offices and a principal place of business at 10255 N.W. 116th Way, Suite 10, Medley, FL.

### JURISDICTION

3. This Court has jurisdiction pursuant to 28 U.S.C. Section 1333. This is an admiralty



and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. Plaintiff is seeking to enforce rights under maritime contracts.

## VENUE

4. Venue in this case is proper. Defendant has its offices and principal place of business within the territorial limits of the United States District Court for the Southern District of Florida. A substantial part of the events giving rise to the claim asserted by plaintiff occurred within the territorial limits of the United States District Court for the Southern District of Florida.

## FACTUAL ALLEGATIONS

5. On or about the dates and at the points or ports of shipment stated on the invoices summarized on Exhibit A, the shipper delivered certain goods for carriage by plaintiff to the points or ports of destination and at the agreed charges to be paid by defendant to plaintiff.

6. Thereafter, the said goods were transported by plaintiff to the points or ports of destination and delivered to defendant and/or its agents or consignees.

7. Plaintiff has duly performed all duties and obligations required to be performed by plaintiff.

8. Defendant has failed and refused and continues to fail and to refuse to remit payment of $23,577.00 although duly demanded, and defendant is the responsible party to pay such charges. All credits due defendant have been applied by plaintiff.

9. By reason of the foregoing, plaintiff has sustained damages in the amount of $23,577.00 which, although duly demanded, have not been paid.

10. Defendant is liable to plaintiff for payment of all freight, demurrage, General

Average and other charges, including but not limited to court costs, expenses and reasonable attorney's fees incurred in collecting sums due plaintiff.

11. Plaintiff has retained the undersigned law firm for purposes of collecting the outstanding charges due plaintiff and plaintiff is obligated to the undersigned law firm for attorneys fees and costs.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of $23,577.00, together with interest thereon from the respective dates due, costs, disbursements and reasonable attorneys fees, all as provided in plaintiff's tariffs and contracts of affreightment.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing defendant to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: Key Biscayne, Florida
September 4, 2002

HALLEY & HALLEY, P.A.

By: _____
Thomas V. Halley
Florida Bar No. 0694363
Attorneys for Plaintiff
240 Crandon Blvd., Suite 283
Key Biscayne, FL 33149
Tel. 305 423-4271
Fax. 305 423-9370

Date: 8/14/02
Version 2.0

Page: 1

# LISTING OF ENCLOSED DOCUMENTS
# DOCE NORTH AMERICA AND EUROPE

Norton Lilly International Inc. -- Steamship Agents
Interstate North Office Center
435 Clark Road, Suite 500
Jacksonville, FL 32218
(904) 713-01470

TRANSTAINER CORPO
200 CROFTON RD. BLDG. 10-B
KENNER, LA. 70062

SHARON, PLS NOTE TRANSTAINER'S
CURRENT BALANCE: $23,577.00.

RGDS.
TANIA PAREDES

| Ln # | Invoice Number | Inv. Date | Shipper Name | Forwarder Name | Vessel Name | Voyage | Load Port | Discharge Port | Booking Number | B/L Number | Fwdr Ref | Shpr Ref | Trn Typ | Tran. Amt | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | GPT02370GUA | 2/01/20 | TRANSTAINER COR | | DOLE HONDURAS | 20550 | GULFPORT, MS | PUERTO BARRIOS | GJAC04656 | GPT02370GUA | REF #: 42015 | | B/L | 2210.00 | 2210.00 |
| 2 | GPT02454HON | 2/02/11 | TRANSTAINER COR | | DOLE HONDURAS | 20750 | GULFPORT, MS | PUERTO CORTES | GJAC05891 | GPT02454HON | REF.NO. 48031 | | B/L | 1101.00 | 1101.00 |
| 3 | GPT02459ELS | 2/02/11 | TRANSTAINER COR | | DOLE HONDURAS | 20750 | GULFPORT, MS | PUERTO BARRIOS | GJAC05431 | GPT02459ELS | REF.# 41045 | | B/L | 4940.00 | 4940.00 |
| 4 | GPT02460HON | 2/02/11 | TRANSTAINER COR | | DOLE HONDURAS | 20750 | GULFPORT, MS | PUERTO CORTES | GJAC05888 | GPT02460HON | REF. NO. 48032 | | B/L | 1931.00 | 1931.00 |
| 5 | GPT02490HON | 2/02/18 | TRANSTAINER COR | | DOLE HONDURAS | 20850 | GULFPORT, MS | PUERTO CORTES | GJAC05447 | GPT02490HON | REF. NO. 61181 | | B/L | 1540.00 | 1540.00 |
| 6 | GPT02565ELS | 2/02/25 | TRANSTAINER COR | | DOLE HONDURAS | 20950 | GULFPORT, MS | PUERTO BARRIOS | GJAC05969 | GPT02565ELS | REF.# 41046 | | B/L | 2520.00 | 2520.00 |
| 7 | GPT02594NIC | 2/03/04 | TRANSTAINER COR | | DOLE HONDURAS | 21050 | GULFPORT, MS | PUERTO CORTES | GJAC05059 | GPT02594NIC | REF.#: 62064 | | B/L | 2070.00 | 2070.00 |
| 8 | GPT02627ELS | 2/03/11 | TRANSTAINER COR | | DOLE HONDURAS | 21150 | GULFPORT, MS | PUERTO BARRIOS | GJAC06041 | GPT02627ELS | REF#83104 | | B/L | 1870.00 | 1870.00 |
| 9 | GPT02634HON | 2/03/11 | TRANSTAINER COR | | DOLE HONDURAS | 21150 | GULFPORT, MS | PUERTO CORTES | GJAC05675 | GPT02634HON | REF.#:60162 | | B/L | 1175.00 | 1175.00 |
| 10 | GPT02748HON | 2/04/01 | TRANSTAINER COR | | DOLE HONDURAS | 21450 | GULFPORT, MS | PUERTO CORTES | GJAC05252 | GPT02748HON | REF.#:48034 | | B/L | 1175.00 | 1175.00 |
| 11 | GPT02856ELS | 2/04/22 | TRANSTAINER COR | | DOLE HONDURAS | 21750 | GULFPORT, MS | PUERTO CORTES | GJAC06278 | GPT02856ELS | REF.#: 71137 | | B/L | 1870.00 | 1870.00 |
| 12 | GPT02895HON | 2/04/29 | TRANSTAINER COR | | DOLE HONDURAS | 21850 | GULFPORT, MS | PUERTO CORTES | GJAC06390 | GPT02895HON | REF. NO. 61182 | | B/L | 1175.00 | 1175.00 |

| 0 - 15 | 16-30 | 31-45 | 46-60 | OVER 60 | S/T OF ABOVE INVOICES |
|---|---|---|---|---|---|
| | | | | 23577.00 | 23577.00 |

EX A

# CIVIL COVER SHEET

02-22627

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**
Dole Ocean Cargo Express, Inc
9485 Regency Sq. Blvd #425
Jacksonville, FL 32225

**DEFENDANTS**
Transtainer Corp.
10255 NW 116 Way, Suite 10
Medley, FL

CIV-GOLD

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Duval
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Miami-Dade
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

MAGISTRATE JUDGE SIMONTON

Date 02CV22627/ASG/AM

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Halley & Halley P.A.
240 Crandon Blvd., Suite 283
Key Biscayne, FL 33149 (305) 423-4271

ATTORNEYS (IF KNOWN)

(d) CIRCLE COUNTY WHERE ACTION AROSE:
**DADE**, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN X ONE BOX ONLY)
- ☐ 1. U.S. Government Plaintiff
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Case Only)
(PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

This claim arises under the Shipping Act, 1916, 46 U.S.C. Section 801, et seq., and the Shipping Act, 1984, 46 U.S.C. App. Section 1701, et seq., with respect to transportation services rendered under those Acts.

**IVa.** _____ days estimated (for both sides) to try entire case

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| A CONTACT | A TORTS PERSONAL INJURY | A TORTS PERSONAL PROPERTY | B FORFEITURE PENALTY | A BANKRUPTCY | A OTHER STATUS |
|---|---|---|---|---|---|
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury-Med Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 States Reappointment |
| ☒ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personnel Injury Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **A PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. B |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending B | ☐ 650 Airline Regs | ☐ 840 Trademark | ☒ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) B | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 660 Occupational Safety/Health | **B SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits B | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholder's Suits | ☐ 360 Other Personal Injury | | **A LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12USC3410 |
| ☐ 190 Other Contract | | | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor Management Relations B | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **B PRISONER PETITIONS** | ☐ 730 Labor Management Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | **A FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure B | ☐ 442 Employment | Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General * | ☐ 791 Employee Ret. Inc. Security Act B | ☐ 871 IRS-Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other * | | | ☐ 890 Other Statutory Actions * A or B |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights * A or B | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)
- ☒ 1. Original Proceeding
- ☐ 2. Removed From State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Refiled
- ☐ 5. Transferred from another district (Specify)
- ☐ 6. Multidistrict Litigation
- ☐ 7. Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT**
CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23
DEMAND $23,577.00
Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: 9/7/02
SIGNATURE OF ATTORNEY OF RECORD: Thomas V. Halley Florida Bar No. 069436

UNITED STATES DISTRICT COURT
S/F 1-2
REV. 9/94

FOR OFFICE USE ONLY: Receipt No. _____
Date Paid: _____
Amount: _____
M/fp: _____